## Commonwealth ex rel. Prater, Appellant, *v.* Myers.

Submitted December 13, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Earl F. Prater,* appellant, in propria persona.

*Harold W. Spencer,* District Attorney, for appellee.

OPINION PER CURIAM, January 16, 1962:

The order of the Court of Common Pleas of Montgomery County is affirmed on the opinion of President Judge WILLIAM F. DANNEHOWER for the court below, reported at 25 Pa. D. & C. 2d 784.